| Description | 05-M-7 Minute entry | | |
|---|---|---|---|
| Date | 2 / 4 /2005 | Location | Judge Schroeder |
| **Time** | **Speaker** | **Note** | |
| 3:07:51 PM | | U.S. v Page | |
| 3:08:35 PM | | INITIAL APPEARANCE HELD.  AUSA R. Maigret; defendant pro se; USPO Tina Moore. | |
| 3:08:54 PM | | Defendant advised of rights | |
| 3:10:53 PM | | Defendant requested assigned counsel. | |
| 3:11:38 PM | | Defendant sworn, examined and found eligible for assigned counsel. CJA Panel attorney to be assigned. | |
| 3:16:10 PM | | Court examined surety. | |
| 3:16:16 PM | | Defendant released upon signing bond in amount of $1,000.  Surety signed bond. | |
| 3:16:42 PM | | Court set conditions of release | |
| 3:19:51 PM | | Appearance of counsel scheduled 2/9/05 at 10:15 am | |
| 3:21:17 PM | | Time excluded pursuant to 18 USC 3161(h)(8)(A) | |
| 3:21:31 PM | END | | |

FILED
U.S. DISTRICT COURT
WD OF NY
FEB 4 2005
AT____O'C____M.
BY____
TITLE____