# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.
BRETT PAGE

**WARRANT FOR ARREST**

CASE NUMBER: 05-M- 7

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    BRETT PAGE D/O/B: 11/11/1974
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( )Indictment  ( )Information  ( X )Complaint  ( )Order of Court  ( )Violation Notice  ( )Probation Violation Petition

charging him with   (brief description of offense)

unlawfully engaging in the business of dealing in firearms,

in violation of Title _____18_____, United States Code, Section(s) 922(a)(a)(A)

HONORABLE H. KENNETH SCHROEDER, JR.    U.S. MAGISTRATE JUDGE, WDNY
Name of Issuing Officer                 Title of Issuing Officer

_[signature]_                           February 3, 2005 at Buffalo, NY
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____    by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 374 SHERMAN ST. BUFFALO N.Y. |

| DATE RECEIVED 2-3-05 | NAME AND TITLE OF ARRESTING OFFICER ROBERT WILSON S/A | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 2-4-05 | | |