# United States District Court

_____WESTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

BRETT PAGE

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-CR-

06 CR 018S

I, __BRETT PAGE__, the above named defendant, who is accused of a violation of Title 18, United States Code, Section 922(a)(1)(A), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 9, 2006,__ prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____Brett Page_____
Brett Page
*Defendant*

_____
Lee Charles LaMendola, Esq.
*Counsel for Defendant*

Before _____
Hon. William M. Skretny
United States District Court Judge
*Judicial Officer*

**FILED**

JAN 09 2006

CLERK, US DISTRICT COURT, WDNY
CELEBRATING 100 YEARS OF SERVICE
TO WESTERN NEW YORK
1900-2000