IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-    :    06-CR-

BRETT PAGE,    :

      Defendant    :

---

FILED
JAN 09 2006
CLERK, US DISTRICT COURT, WDNY
CELEBRATING 100 YEARS OF SERVICE
TO WESTERN NEW YORK
1900-2000

06 CR 0135

## I N F O R M A T I O N
(Title 18, U.S.C. § 922(a)(1)(A))

### COUNT I

**The United States Attorney Charges That:**

Between in or about May 2000 and in or about June 2001, in the Western District of New York, the defendant, BRETT PAGE, willfully engaged in the business of dealing in firearms without a license.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).**

DATED: Buffalo, New York, January 9, 2006.

    KATHLEEN M. MEHLTRETTER
    Acting United States Attorney

By: _____
    JOEL L. VIOLANTI
    Assistant United States Attorney
    United States Attorney's Office
    Western District of New York
    138 Delaware Avenue
    Buffalo, New York 14202
    (716) 843-5700, ext. 854
    joel.l.violanti@usdoj.gov