IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      - v -

                                        06-CR-13-S

BRETT PAGE,

              Defendant.
_____

## STATEMENT OF THE GOVERNMENT WITH RESPECT
## TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Presentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing.

    DATED:    Buffalo, New York, April 27, 2006.

                                      Respectfully submitted,

                                      TERRANCE P. FLYNN
                                      United States Attorney

                       BY:    s/Joel L. Violanti
                                      JOEL L. VIOLANTI
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York 14202
                                      (716) 843-5700, ext. 854
                                      joel.l.violanti@usdoj.gov

TO:  Lee Charles LaMendola, Esq.
     David Ball, U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      - v -

                                  06-CR-13-S

BRETT PAGE,

                Defendant.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing NOTICE OF MOTION AND MOTION with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

      Lee Charles LaMendola, Esq.

      David Ball, U.S. Probation Officer

                                    s/Charlene A. Forney
                                    CHARLENE A. FORNEY