# United States District Court
## FOR THE

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket. No. 1:06-CR-00013-001

Brett Page

On May 25, 2006, the above named was sentenced to 15 months custody of the Bureau of Prisons, followed by a 3 year term of supervised release. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kimberly D. Williams
U.S. Probation Officer Specialist

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of August, 2009.

William M. Skretny
U.S. District Judge